J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff and Counter-Defendant
Adobe Systems Incorporated and Third-Party
Defendant Software & Information Industry
Association erroneously identified as Counter-Defendant

John D. McCurdy, Esq. (SBN 54091)
*jmccurdy@jmll.com*
Reagan E. Boyce, Esq.  (SBN 248064)
*reagan.boyce@jmll.com*
McCurdy & Leibl, LLP
12925 Riverside Drive, Third Floor
Sherman Oaks, California 91423
Telephone:   (818) 380-0123
Facsimile:   (818) 380-0124

Attorney for Defendant, Counter-Plaintiff,
and Third-Party Plaintiff Hoops Enterprise, LLC
(erroneously sued and served as Tony Kornrumpf),
and Tony Kornrumpf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Adobe Systems Incorporated, <br><br>               Plaintiff, <br>       v. <br><br> Tony Kornrumpf and Does 1 – 10, inclusive, <br><br>               Defendants. <br><br> ALL RELATED CLAIMS | Case No.: C10-2769 CW <br><br> **ORDER GRANTING JOINT STIPULATION RE FIRST AMENDED COMPLAINT, ANSWERS AND COUNTERCLAIMS** <br><br> <u>Case Management Conference:</u> <br> Date:  November 23, 2010 <br> Time:  2:00 p.m. <br> Court:  Hon. Claudia Wilken |

Plaintiff Adobe Systems Incorporated ("Plaintiff"), the Software &Information Industry Association, Defendant Tony Kornrumpf ("Defendant") and Hoops Enterprise, LLC, having filed their Joint Stipulation re First Amended Complaint, Answers and Counterclaims ("Stipulation") to clarify the involved parties and pleadings to be filed and already filed in this matter; and

In light of the request, and good cause being shown, the Stipulation is GRANTED and the Court orders as follows:

The First Amended Complaint attached as Exhibit A to the Stipulation and separately lodged will be deemed filed as of June 24, 2010.

Defendant Kornrumpf and Hoops Enterprise, LLC, will be deemed to have been served with the First Amended Complaint as of the date Defendant was served with the original Complaint.

The Amended Answer attached as Exhibit B to the Stipulation and separately lodged will be deemed filed as of September 3, 2010, as the Answer to the First Amended Complaint on behalf of both Defendant Kornrumpf as well as Hoops Enterprise, LLC.

The Counterclaims filed on September 3, 2010, will be deemed to have been filed on behalf of both Defendant Kornrumpf and Hoops Enterprise, LLC.

Plaintiff and the Software & Information Industry Association will be deemed to have been served with the Counterclaims and their response date to the Counterclaims, as filed, will remain on November 30, 2010.

This Order will not alter, deprive or act as a waiver of any claims, defenses or rights of any of the parties in this case and all related claims, all of which are expressly and respectively, reserved.

IT IS SO ORDERED.

Dated: **11/29/2010**

Hon. Claudia Wilken
United States District Judge

/ / /

/ / /

/ / /

/ / /

1  PRESENTED BY:

2  J. Andrew Coombs, A Professional Corp.

3  By: __/s/ Annie S. Wang_____
       J. Andrew Coombs
4      Annie S. Wang
   Attorneys for Plaintiff and Counter-Defendant
5  Adobe Systems Incorporated

6  McCurdy & Leibl, LLP

7  By: __/s/ Reagan E. Boyce_____
       John D. McCurdy
8      Reagan E. Boyce
   Attorney for Defendant, Counter-Plaintiff,
9  and Third-Party Plaintiff Hoops Enterprise, LLC
   (erroneously sued and served as Tony Kornrumpf),
10 and Tony Kornrumpf

11 J. Andrew Coombs, A Professional Corp.

12 By: __/s/ Annie S. Wang_____
       J. Andrew Coombs
13     Annie S. Wang
   Attorneys for Third-Party Defendant
14 Software & Information Industry Association
   erroneously identified as Counter-Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28