United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY KORNRUMPF,<br><br>    Defendant.<br>_____/<br>HOOPS ENTERPRISE, LLC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>    Counter-Defendants.<br>_____/ | No. C-10-02769-CW (DMR)<br><br>**NOTICE AND ORDER SETTING PHONE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court is in receipt of the parties' joint letter regarding their discovery dispute over three third party subpoenas issued by Plaintiff Adobe Systems, Inc., which Hoops Enterprise, LLC, had previously moved to quash. IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic conference with the undersigned on **January 20, 2011 at 2:30 p.m.** Counsel for Hoops Enterprise shall initiate the three-way conference call to the Court as follows: (1)

by first calling counsel for Adobe Systems; and then (2) with all counsel on the line, calling the Court at 510-637-3906 (or if that line is busy, 510-637-2157), five minutes prior to the scheduled start time.

    IT IS SO ORDERED.

Dated: January 10, 2011

DONNA M. RYU
United States Magistrate Judge