UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY KORNRUMPF,<br><br>  Defendant.<br>_____/<br>HOOPS ENTERPRISE, LLC,<br><br>  Counter-Claimant,<br><br>  v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>  Counter-Defendants.<br>_____/ | No. C-10-02769-CW (DMR)<br><br>**NOTICE AND ORDER RESCHEDULING TIME OF PHONE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The telephonic conference with the undersigned on **January 20, 2011** has been **RESCHEDULED** to **3:00 p.m.** Counsel shall follow the call-in procedures set forth in the Court's Order issued on January 10, 2011, but shall use this call-in number for the Court: **510-637-2156**.

IT IS SO ORDERED.

Dated: January 13, 2011

DONNA M. RYU
United States Magistrate Judge