1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:     (818) 500-3200
5  Facsimile:     (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  John D. McCurdy, Esq. (SBN 54091)
   *jmccurdy@jmll.com*
9  Reagan E. Boyce, Esq.  (SBN 248064)
   *reagan.boyce@jmll.com*
10 McCurdy & Leibl, LLP
   12925 Riverside Drive, Third Floor
11 Sherman Oaks, California 91423
   Telephone:     (818) 380-0123
12 Facsimile:     (818) 380-0124

13 Attorney for Defendants
   Hoops Enterprise, LLC and Tony Kornrumpf
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

17

18 Adobe Systems Incorporated,           )   Case No.: C10-2769 CW
                                         )
19              Plaintiff,               )   **ORDER CONTINUING DEADLINE**
          v.                             )   **TO COMPLETE MEDIATION**
20                                       )
   Tony Kornrumpf and Does 1 – 10, inclusive, )
21                                       )
                Defendants.              )
22                                       )
                                         )
23         ALL RELATED CLAIMS            )
                                         )

24     On or about November 23, 2011, the Court set a deadline of February 23, 2011, to complete

25 mediation;

26     On or about February 2, 2011, the Parties filed their Joint Stipulation to Continue the

27 Deadline to Complete Mediation;

28

Adobe v. Kornrumpf, et al.: [Proposed] Order Granting         - 1 -
Continuance of Mediation Deadline

1    In light of the request, and good cause being shown, the deadline to complete mediation is
2    continued to **5/26/2011**.

3    IT IS SO ORDERED.

Dated:  **2/3/2011**                                   _____
Hon. Claudia Wilken
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: ___/s/ Annie S. Wang_____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated


McCurdy & Leibl, LLP


By: ___/s/ Reagan E. Boyce_____
        John D. McCurdy
        Reagan E. Boyce
Attorney for Defendants
Hoops Enterprise, LLC and Tony Kornrumpf

cc: ADR

Adobe v. Kornrumpf, et al.: [Proposed] Order Granting        - 2 -
Continuance of Mediation Deadline