1  John D. McCurdy, Esq., State Bar No. 54091
   Reagan E. Boyce, Esq., State Bar No. 248064
2  McCURDY & LEIBL, LLP
   12925 Riverside Drive, Third Floor
3  Sherman Oaks, California 91423
   Tel:  (818) 380-0123
4  Fax: (818) 380-0124

5  Attorneys for Defendants / Counter-Claimants, Hoops Enterprise, LLC (erroneously sued and served as Tony Kornrumpf), and Anthony Kornrumpf
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | Adobe Systems Incorporated, | Case No.:   CV1002769 CW (DMR) |
|----|------------------------------|--------------------------------|
| 12 | Plaintiff, | [Assigned for All Purposes to: Hon. Claudia Wilken, Courtroom 2] |
| 13 | vs. | **[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND THE DEADLINE TO SUBMIT A JOINT LETTER BRIEF TO MAGISTRATE JUDGE RYU ON AN UNRESOLVED DISCOVERY ISSUE** |
| 14 | Anthony Kornrumpf a/k/a Tony Kornrumpf and Does 1-10, Inclusive, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | | Complaint Filed: 06/24/10 |
| 18 | And Related Actions. | |
| 19 | | |

20       HAVING reviewed and considered the JOINT STIPULATION TO EXTEND THE

21  DEADLINE TO SUBMIT A JOINT LETTER BRIEF TO MAGISTRATE JUDGE RYU ON

22  AN UNRESOLVED DISCOVERY ISSUE  filed by Plaintiff/Counter-Defendant, ADOBE

23  SYSTEMS, INC. ("ADOBE") and Defendants/Counter-Claimants, HOOPS ENTERPRISE, LLC

24  (erroneously sued and served as ANTHONY KORNRUMPF a/k/a TONY KORNRUMPF) and

25  ANTHONY KORNRUMPF, (collectively "HOOPS"), regarding the parties current meet and

26  confer efforts and intent to discovery dispute submit a matter to the Court for resolution,

27       IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

28       The parties may file a joint letter brief pursuant to the Court's Standing Order on

1

[Proposed] Order Re:  Joint Stipulation to Extend the Deadline to Submit a Joint Letter Brief to Magistrate Judge Ryu on an Unresolved Discovery Issue

1  discovery disputes within ten (10) business days from the date of their last meet and confer
2  discussion on May 16, 2011.
3  DATED:_____May 26_____, 2011      _____
4                                                                                     Hon. Donna . Ryu, Magistrate Judge

2
[Proposed] Order Re:  Joint Stipulation to Extend the Deadline to Submit a Joint Letter Brief to Magistrate Judge Ryu on an Unresolved Discovery Issue

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGAELES**

I am employed in the County of Sherman Oaks, State of California. I am over the age of 18 and not a party to the within action; my business address is 12925 Riverside Drive, Third Floor, Sherman Oaks, California 91423.

On May 20, 2011, I served the foregoing document described as **[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND THE DEADLINE TO SUBMIT A JOINT LETTER BRIEF TO MAGISTRATE JUDGE RYU ON AN UNRESOLVED DISCOVERY ISSUE** on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

Attorneys for Plaintiff, Adobe Systems, Inc.
J. Andrew Coombs, Esq.
Annie Wang, Esq.
andy@coombspc.com
annie@coombspc.com

☑ **(ELECTRONIC MAIL)**
I transmitted a true and correct copy of said document to the addressees on the service list via Electronic Mail.

☑ **(FEDERAL)**
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2011, at Sherman Oaks, California.

Robyn Planck

[Proposed] Order Re:  Joint Stipulation to Extend the Deadline to Submit a Joint Letter Brief to Magistrate Judge Ryu on an Unresolved Discovery Issue