United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,   No. C-10-02769-CW  (DMR)

    Plaintiff,   **ORDER**

  v.

KORNRUMPF,

    Defendant.
_____/

The court has reviewed Plaintiff's supplemental declaration [Docket No. 78] filed in response to this court's order of July 5, 2011. [Docket No. 74]. The court finds that the materials within the supplemental declaration fall short of the detail requested. Consequently, Plaintiff is ORDERED to file a detailed supplemental declaration, which will discuss, *inter alia*, whom Plaintiff can and cannot identify, and under what circumstances, with the serial number of a given copy of its software. Plaintiff shall submit this declaration no later than July 19, 2011.

IT IS SO ORDERED.

Dated: July 8, 2011



_____
DONNA M. RYU
United States Magistrate Judge