**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INC., | No. C-10-02769-CW  (DMR) |
| Plaintiff, | **ORDER RE MOTION TO APPEAR BY TELEPHONE** |
| v. | |
| KORNRUMPF *et al.*, | |
| Defendants. | |

Upon further review of relevant papers and reconsideration of the parties' joint motion to appear at the July 21, 2011 discovery hearing via telephone, the court hereby ORDERS that the motion is GRANTED and that the parties may appear by telephone.

IT IS SO ORDERED.

Dated: July 13, 2011

                                                        
DONNA M. RYU
United States Magistrate Judge