J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff and Counter-Defendant
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Adobe Systems Incorporated, )<br>                                                  )<br>            Plaintiff, )<br>    v.                                           )<br>                                                  )<br>Tony Kornrumpf and Does 1 – 10, inclusive, )<br>                                                  )<br>            Defendants. )<br>_____)<br>            ALL RELATED CLAIMS         ) | Case No.: C10-2769 CW<br><br>**ORDER GRANTING REQUEST TO SEAL EXHIBIT E TO THE DECLARATION OF REAGAN BOYCE ERRONEOUSLY FILED PUBLICLY ON JUNE 22, 2011** |

Plaintiff and Counter-Defendant Adobe Systems Incorporated having submitted the required Declaration pursuant to Local Rule 79-5 regarding the sealing of a document designated "Highly Confidential - Attorneys' Eyes Only" which was erroneously filed publicly by counsel for Defendants;

And good cause being shown, the request is GRANTED, and Exhibit E to the Declaration of Reagan Boyce filed on June 22, 2011, as part of Docket No. 68-1, is hereby ordered SEALED. Within three days of the date of this Order, Defendants shall electronically file under seal Exhibit E to the Boyce Declaration.

IT IS SO ORDERED.

Dated:  7/18/2011

_____
Hon. Claudia Wilken
United States District Judge

Adobe v. Kornrumpf, et al.: Order Granting Sealing         - 1 -