UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C-10-02769-CW (DMR) |
| Plaintiff(s), | **ORDER FOR FURTHER BRIEFING FROM PLAINTIFF** |
| v. | |
| KORNRUMPF, | |
| Defendant(s). | |

The court is in receipt of Defendants' submission of September 14, 2011 [Docket No. 99], in which Defendants claim to have shown that they have purchased Adobe products sold by Fujitsu America. The court interprets the submission as a renewed opposition to Plaintiff's motion to quash Defendants' subpoena of Fujitsu America. The court therefore ORDERS Plaintiff to file a response to this submission no later than September 21, 2011, explaining whether Defendants have produced sufficient evidence to move forward with their subpoena or why the court should quash said subpoena.

IT IS SO ORDERED.

Dated: September 14, 2011



DONNA M. RYU
United States Magistrate Judge