John D. McCurdy, Esq., State Bar No. 54091
Reagan E. Boyce, Esq., State Bar No. 248064
McCURDY & LEIBL, LLP
12925 Riverside Drive, Third Floor
Sherman Oaks, California 91423
Tel: (818) 380-0123
Fax: (818) 380-0124

Attorneys for Defendants / Counter-Claimants,
Hoops Enterprise, LLC (erroneously sued and
served as Tony Kornrumpf), and Anthony Kornrumpf

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Anthony Kornrumpf a/k/a Tony Kornrumpf and Does 1-10, Inclusive,<br><br>　　　　　Defendants.<br><br>And Related Actions. | Case No.: CV1002769 CW (DMR)<br>[Assigned for All Purposes to:<br>Hon. Claudia Wilken, Courtroom 2]<br><br>**[PROPOSED] ORDER CONTINUING THE FACT DISCOVERY DEADLINE FOR ENFORCEMENT OF SUBPOENAS**<br><br>Complaint Filed:　　　　06/24/10<br>Discovery Cut-Off Deadline:　11/04/11<br>Trial Date:　　　　　　06/18/12 |

　　　　HAVING reviewed and considered the Defendants/Counter-Claimants, HOOPS ENTERPRISE, LLC (erroneously sued and served as ANTHONY KORNRUMPF a/k/a TONY KORNRUMPF) and ANTHONY KORNRUMPF'S, (collectively "HOOPS") administrative motion to have the Fact Discovery Deadline continued and, finding good cause therefore,

---

1

[Proposed] Order Continuing the Fact Discovery Deadline for Enforcement of Subpoenas

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

2     1.     The Fact Discovery Deadline of November 4, 2011 is continued to March 2, 2012, but only for enforcement of subpoenas already served on third parties Dell, Inc., Hewlett Packard Co. and Fujitsu Computer Products of America;

    2.     All other dates shall remain as set.

DATED: October 19, 2011

_____
Hon. Claudia Wilken, Judge