IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL (Docket No. 123) |

    On November 16, 2011, Defendants and Counter-claimants Hoops Enterprise LLC and Anthony Kornrumpf filed a motion to file under seal Exhibit Four to their Opposition to Plaintiff Adobe System Incorporated's Motion for Entry of a Preliminary Injunction. Defendants lodged with the Court a copy of Exhibit Four, along with a redacted version of the document.

    In support of their motion, Defendants submitted a declaration that stated that the portions of Exhibit Four they seek to seal contain proprietary trade secrets, including the names of Defendants' suppliers and the business practices employed by Defendants in dealing with their suppliers. Defendants represented that this information is not generally disclosed to the public or to their competitors. Defendants also refer to a July 25, 2011 order, in which the Magistrate Judge had found that this information constituted trade secrets and was entitled to

protection from public disclosure, while ordering disclosure to Plaintiff. This Court has also previously ordered that this information be filed under seal.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil Local Rule 79-5(a).

Defendants have provided good cause to seal portions of Exhibit Four. Accordingly, Defendants' motion to seal is GRANTED.

Within four days of the date of this Order, Defendants shall file Exhibit Four under seal and the redacted version of Exhibit Four on the public record.

IT IS SO ORDERED.

Dated: 11/22/2011

CLAUDIA WILKEN
United States District Judge