IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

  v.

HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,

    Defendants.

_____/

AND ALL RELATED CLAIMS

_____/

No. C 10-2769 CW

ORDER GRANTING MOTION TO REMOVE ERRONEOUSLY FILED DOCUMENT
(Docket No. 130)

    On November 22, 2011, the Court granted a motion to file under seal filed by Defendants and Counter-claimants Hoops Enterprise LLC and Anthony Kornrumpf, permitting Defendants to file under seal an unredacted version of Exhibit Four offered in support of their opposition to Plaintiff Adobe Systems Incorporated's motion for a preliminary injunction and to file a redacted version of Exhibit Four on the public record.

    Subsequently, Defendants filed a motion representing to the Court that they had inadvertently filed the unredacted version of Exhibit Four on the public record as Docket No. 127, instead of under seal. Defendants further stated that they had re-filed the unredacted version of Exhibit Four under seal as Docket No. 129. Defendants requested a court order removing Docket No. 127 as an incorrectly filed document.

Accordingly, Defendants' motion to remove the unredacted version of Exhibit Four from the public record is GRANTED. (Docket No. 130) The clerk shall remove Docket No. 127 from the public record.

IT IS SO ORDERED.

Dated: 11/23/2011

CLAUDIA WILKEN
United States District Judge