United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>　　　　Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME FOR DISCOVERY<br>(Docket No. 114) |

　　　On October 11, 2011, Defendants and Cross-Complainants Hoops Enterprise LLC and Anthony Kornrumpf filed an administrative motion for an extension of the fact discovery deadline. In that motion, Defendants represented that they sought the extension to enforce outstanding third-party subpoenas and to take certain depositions, which they had not yet noticed. On October 19, 2011, after considering the papers submitted by Defendants and by Plaintiff Adobe Systems Incorporated in opposition to the administrative motion, this Court issued an order extending the fact discovery deadline for the limited purpose of executing the third-party subpoenas already issued. The Court declined to extend the fact discovery deadline in its entirety or to allow for Defendants to take additional depositions.

　　　On November 7, 2011, Defendants filed a second administrative motion for an order extending the fact discovery deadline. In

this motion, Defendants make similar arguments about the need for an extension of the fact discovery deadline as those already denied in their initial motion.  Plaintiff opposes the second motion as well.

Accordingly, having considered the papers submitted by the parties in relation to both motions, the Court DENIES Defendants' second administrative motion for an extension of the fact discovery deadline. (Docket No. 114)

IT IS SO ORDERED.

Dated: 12/1/2011

CLAUDIA WILKEN
United States District Judge

2