IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>PRELIMINARY INJUNCTION |

    Pursuant to this Court's Order Granting in Part Plaintiff's Motion for a Preliminary Injunction, Defendants Anthony Kornrumpf and Hoops Enterprise, LLC, and their agents, servants, employees, and all persons in active concert and participation with them who receive actual notice of this Injunction are hereby restrained and enjoined from selling, offering for sale, distributing, or transferring any Adobe Original Equipment Manufacturer (OEM) product separately from the hardware with which it was licensed to be distributed.  This preliminary injunction shall be in effect until final judgment is ordered in this case, unless dissolved at an earlier time.

    IT IS SO ORDERED.

Dated: 12/16/2011

                                    CLAUDIA WILKEN<br>
                                    United States District Judge