IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

  v.

HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,

    Defendants.
_____/

AND ALL RELATED CLAIMS
_____/

No. C 10-2769 CW

ORDER GRANTING STIPULATION TO FILE UNDER SEAL (Docket No. 152)

    Plaintiff Adobe Systems Incorporated and Defendants and Counter-claimants Hoops Enterprise LLC and Anthony Kornrumpf have filed a stipulation to file under seal Plaintiff's unredacted reply in further support of Plaintiff's Motion for Partial Summary Judgment.

    Plaintiff has also filed a declaration in support of the stipulation. In the declaration, Plaintiff states that the portions of the reply that the parties seek to seal discuss and quote from contracts between Adobe and third parties that the Court has previously granted permission to file under seal. Wang Decl. ¶¶ 2-4, Docket No. 152. The Court notes that it has also granted permission for certain portions of Defendant's opposition to Plaintiff's Motion for Partial Summary Judgment that also discuss from and quote the same contracts to be filed under seal, based on Plaintiff's earlier declaration stating that those

documents contain "contract terms and language that is used by Adobe in its current contracts with authorized distributors . . . protected by separate confidentiality provisions" with these distributors, and that public disclosure of these confidential terms would reveal "Adobe's internal workings and trade secrets regarding a core aspect of its business." Drey Decl. ¶ 3, Docket No. 140.

Plaintiff's filing is connected to a dispositive motion. To do establish that the document is sealable, the parties "must overcome a strong presumption of access by showing that 'compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure.'" Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010) (citation omitted). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. Civil Local Rule 79-5(a).

Documents cannot be sealed based solely on the parties' stipulation. See id. However, Plaintiff has provided compelling reasons supporting the sealing of its unredacted reply in its declaration in support of the stipulation and in its previous declaration.

Accordingly, the parties' stipulation to file under seal is GRANTED (Docket No. 152). Within four days of the date of this Order, Plaintiff shall file its unredacted reply in further

2

support of Plaintiff's Motion for Partial Summary Judgment under seal.

IT IS SO ORDERED.

Dated: 1/9/2012

　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　United States District Judge