IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER REGARDING THE PARTIES' STIPULATION AND DEFENDANTS' MOTION TO STAY AND VACATING HEARING (Docket No. 166) |

    On March 2, 2012, Plaintiff Adobe Systems LLC and Defendants Anthony Kornrumpf and Hoops Enterprise, LLC filed a stipulation agreeing to a shortened notice period for Defendants' motion to stay this action pending appeal of this Court's February 1, 2012 order granting Plaintiff's motion for partial summary judgment. Specifically, the parties agreed that Defendants' motion could be calendared for hearing seven days after it was filed. On March 6, 2012, Defendants filed their motion to stay and noticed it for hearing on April 12, 2012.

    The Court notes that it has not certified its February 1, 2012 order for interlocutory appeal under 28 U.S.C. § 1292(b) and that it has not entered partial judgment under Federal Rule of Civil Procedure 54(b).

    Having considered the parties' stipulation, the Court ORDERS that Plaintiff shall file its opposition to Defendants' motion to stay, if any, within four days of the date of this Order. The

Court will decide Defendants' motion to stay on the papers. The hearing currently set for April 12, 2012 is VACATED.

This Order terminates Docket No. 166.

IT IS SO ORDERED.

Dated: 3/6/2012

CLAUDIA WILKEN
United States District Judge

cc: Ninth Circuit Court of Appeals