IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER SETTING BREIFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION TO QUASH (Docket No. 180) |

   Plaintiff Adobe Systems Inc. has filed a motion to quash trial subpoenas issued by Defendants Hoops Enterprise LLC and Anthony Kornrumpf to third parties Hewlett-Packard Co., Dell, Inc. and Fujitsu Computer Products of America, Inc.  Plaintiff represents that "Defendants' trial subpoenas expressly state they seek evidence concerning 'first sale' issues and nothing else." Mot. to Quash at 1.  Plaintiff seeks to quash these subpoenas, because the Court has already granted partial summary judgment in Plaintiff's favor and found that the first sale defense is inapplicable.  See Docket No. 160.  Plaintiff also requests attorneys' fees and costs incurred in connection with the motion to quash and its concurrently-filed motion in limine, seeking to exclude from trial all references to the first sale doctrine.

   The Court hereby SETS a briefing and hearing schedule for Plaintiff's motion to quash as follows: Defendants' response to Plaintiff's motion to quash, limited to five pages or less, shall

be filed no later than Wednesday, May 30, 2012. The Court will conduct a hearing on Plaintiff's motion to quash on Wednesday, June 6, 2012 at 2:00 p.m., concurrently with the final pretrial conference and hearing on motions in limine.

IT IS SO ORDERED.

Dated: May 23, 2012

CLAUDIA WILKEN
United States District Judge