IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL (Docket No. 182) |

    Plaintiff Adobe Systems Inc. has filed a motion to file under seal its unredacted brief on motions in limine and Exhibit B to the Declaration of Annie S. Wang in support of its motions in limine. In connection with a dispositive motion, the Court previously granted Defendants Hoops Enterprise LLC and Anthony Kornrumpf leave to file under seal a settlement agreement that the parties had executed to settle prior litigation between them and had agreed to keep confidential as part of the terms of settlement. See Docket No. 150. Plaintiff represent that the brief that it presently seeks to file under seal contains excerpts and references to the terms of that settlement agreement, and Exhibit B is an email containing confidential negotiations regarding that settlement and its terms. Wang Decl. ¶ 3.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac.

<u>Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. <u>See</u> Civil Local Rule 79-5(a).

    Having reviewed the brief and exhibit that Plaintiff seeks to seal, the Court finds that Plaintiff has demonstrated good cause for these documents to be filed under seal. Accordingly, the Court GRANTS Plaintiff's motion to file under seal (Docket No. 182). Within four days of the date of this Order, Plaintiff shall file under seal its brief in support of its motions in limine and Exhibit B.

    IT IS SO ORDERED.

Dated: 5/24/2012

CLAUDIA WILKEN
United States District Judge