IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

  v.

HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,

    Defendants.
_____/

AND ALL RELATED CLAIMS
_____/

No. C 10-2769 CW

ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL (Docket No. 187)

    Defendants Hoops Enterprise LLC and Anthony Kornrumpf have filed an administrative motion to file under seal Exhibit A to their motions in limine. It appears that Defendants have omitted inadvertently from their motion to seal a request to file under seal an unredacted version of their motions in limine, and the Court construes their motion to include this request as well.[1]

    In connection with a dispositive motion, the Court previously granted leave to file under seal a settlement agreement that the parties had executed to settle prior litigation between them and had agreed to keep confidential as part of the terms of settlement. See Docket No. 150. Defendants represent that Exhibit A contains this settlement agreement. Boyce Decl. ¶ 4.

---

[1] Defendants have filed a redacted version of their motions in limine in the public record, see Docket No. 188, and have submitted a chamber's copy of the unredacted version of their motions in limine in the same envelope as Exhibit A, with a cover sheet indicating that it was a "lodged document to be filed under seal."

The Court also notes that the redacted portions of Defendants' motions in limine are direct quotations from that settlement agreement.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. <u>Pintos v. Pac. Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. <u>See</u> Civil Local Rule 79-5(a).

Having reviewed the documents that Defendants seek to seal, the Court finds that Defendants have demonstrated good cause for these documents to be filed under seal. Accordingly, the Court GRANTS Defendants' motion to file under seal (Docket No. 187). Within four days of the date of this Order, Defendants shall file under seal their unredacted motions in limine and Exhibit A.

IT IS SO ORDERED.

Dated: 5/24/2012

CLAUDIA WILKEN
United States District Judge