IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br><br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL (Docket No. 197) AND STRIKING IMPROPERLY FILED DOCUMENT (Docket No. 196) |

    Plaintiff Adobe Systems Inc. has filed a motion to file under seal its unredacted brief in opposition to the motions in limine filed by Defendants Hoops Enterprise LLC and Anthony Kornrumpf. The Court has previously granted leave to file under seal a settlement agreement that the parties had executed to settle prior litigation between them and had agreed to keep confidential as part of the terms of settlement. See Docket Nos. 150, 193. Plaintiff represents that the portions of the brief it presently seeks to file under seal contains excerpts and references to the terms of that settlement agreement. Wang Decl. ¶ 3.

    Plaintiff has already filed a version of its opposition to Defendants' motions in limine in the public record. Docket No. 196. The Court notes that, while Plaintiff has apparently attempted to redact the document by placing a black box over one area, the text underneath that box remains accessible.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil Local Rule 79-5(a).

Having reviewed the portions of the brief that Plaintiff seeks to seal, the Court finds that Plaintiff has demonstrated good cause for the unredacted brief to be filed under seal. Accordingly, the Court GRANTS Plaintiff's motion to file under seal (Docket No. 197). Further, because Docket No. 196 contains confidential material, the Court STRIKES Docket No. 196 and directs the Clerk to delete it from the public docket.

Within four days of the date of this Order, Plaintiff shall file under seal its unredacted opposition to Defendants' motions in limine and shall file a properly redacted version of its opposition in the public record. The Court notes that the Northern District of California has posted helpful information about redaction on its public website, which can be accessed at https://ecf.cand.uscourts.gov/cand/faq/tips/redacting.htm.

IT IS SO ORDERED.

Dated: 5/31/2012

CLAUDIA WILKEN
United States District Judge

2