IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER CONVERTING PLAINTIFF'S FIRST MOTION IN LIMINE INTO A MOTION FOR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING AND HEARING SCHEDULE |

The Court hereby GIVES notice to the parties that it will consider Plaintiff's first motion in limine as a motion for partial summary judgment under Federal Rule of Civil Procedure 56, and sets the following briefing and hearing schedule.

Plaintiff shall file any supplementary evidence in support of its motion for summary judgment by Monday, June 4, 2012.

Defendants shall file their supplemental opposition to Plaintiff's motion for partial summary judgment, of no more than ten pages, by Thursday, June 7, 2012. Defendants shall not repeat any arguments that they have raised already in opposition to Plaintiff's first motion in limine. At that time, Defendants shall also file any supplementary evidence in opposition to the motion for partial summary judgment.

Plaintiff may file a reply in support of its motion for partial summary judgment, of no more than ten pages, by Friday, June 8, 2012.

A hearing on Plaintiff's motion for partial summary judgment will be held on Thursday, June 14, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 6/1/2012

CLAUDIA WILKEN
United States District Judge

2