IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER ON MOTIONS IN LIMINE AND MOTION TO QUASH (Docket Nos. 180, 181 and 188) |

The Court GRANTS IN PART Plaintiff's motion to quash and QUASHES Defendants' trial subpoenas issued to Hewlett-Packard Co., Dell, Inc. and Fujitsu Computer Products of America. The Court TAKES UNDER SUBMISSION Plaintiff's request for an award of attorneys' fees it incurred in connection with filing the motion to quash and the motion in limine related to the first sale defense.

The Court issues the following rulings on the parties' motions in limine:

PLAINTIFF'S MOTIONS IN LIMINE

2. Motion to exclude all references to the first sale defense and Defendants' dismissed counterclaims based on the defense.

GRANTED IN PART, DENIED IN PART. Reference to the first sale defense will be allowed for the limited purpose of establishing the willfulness or innocence of Defendants' infringement, and will

be limited to what Defendants knew at the time of their infringement.

3.   Motion to exclude all evidence and witnesses not previously disclosed.

GRANTED IN PART, DENIED IN PART.  Defendants may not call as witnesses Annie Wang, Michael Miretsky and Kerry Thompson.  The portions of the settlement agreement reached by the parties to resolve prior litigation that are relevant to establishing the willfulness or innocence of Defendants' infringement will be admitted.  The parties shall attempt to reach an agreement on appropriate redactions to the settlement agreement, and, if they are unable to do so, shall file their separate proposed redactions.

4.   Motion to exclude all evidence of enforcement efforts of the Software and Information Industry Association unrelated to Adobe products.

GRANTED.

5.   Motion to exclude all references to acts by third parties.

GRANTED.

6.   Motion to exclude party attorneys as witnesses.

GRANTED.

DEFENDANTS' MOTIONS IN LIMINE

1.   Motion to preclude the introduction of evidence of Defendants' sales prior to June 19, 2009.

GRANTED IN PART, DENIED IN PART.  Evidence of Defendants' sales prior to June 19, 2009 will be allowed for the limited purpose of establishing the willfulness or innocence of Defendants' infringement.

2

2.   Motion to preclude the introduction of evidence of Defendants' profits derived from the sale of Plaintiffs' software products prior to June 19, 2009.

GRANTED IN PART, DENIED IN PART.  Evidence of Defendants' sales prior to June 19, 2009 will be allowed for the limited purpose of establishing the willfulness or innocence of Defendants' infringement.

3.   Motion to preclude Plaintiff from attempting to pierce the corporate veil of Hoops Enterprise, LLC.

DENIED.

IT IS SO ORDERED.

Dated: 6/7/2012

CLAUDIA WILKEN
United States District Judge

3