IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

  v.

HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,

    Defendants.
_____/

AND ALL RELATED CLAIMS
_____/

No. C 10-2769 CW

ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL (Docket No. 221)

    Plaintiff Adobe Systems Inc. seeks to file under seal portions of its reply brief in further support of its First Motion in Limine, which this Court converted into a Motion for Partial Summary Judgment.  Plaintiff has already filed a redacted version of its reply brief in the public record.  Docket No. 220.

    Plaintiff's filings are connected to a dispositive motion. To establish that the documents are sealable, it "must overcome a strong presumption of access by showing that 'compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure.'" Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010) (citation omitted).  This cannot be established simply by showing that the documents are subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration

demonstrating with particularity the need to file each document under seal.  Civil Local Rule 79-5(a).

The Court has previously granted leave to file under seal a settlement agreement, which the parties had executed to settle prior litigation between them and had agreed to keep confidential as part of the terms of settlement, and other documents that excerpted or referenced the terms of that settlement agreement. See, e.g., Docket Nos. 150, 193, 201, 210.  Plaintiff represents that the portions of the reply brief that it seeks to seal contain excerpts and references to the terms of that settlement agreement. Wang Decl. ¶ 3.  Having reviewed the unredacted reply brief, the Court finds that Plaintiff has established that these portions are sealable.

For the reasons set forth above, the Court GRANTS Plaintiff's motion to file under seal (Docket No. 221).  Within four days of the date of this Order, Plaintiff shall file under seal its unredacted reply brief.

IT IS SO ORDERED.

Dated: 6/11/2012

CLAUDIA WILKEN
United States District Judge

2