IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 10-2769 CW |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL (Docket No. 216) |
| v. | |
| HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF, | |
| Defendants. | |
| AND ALL RELATED CLAIMS | |

    Defendants Hoops Enterprise LLC and Anthony Kornrumpf seek leave to seal portions of their supplemental brief in opposition to the motion for partial summary judgment filed by Plaintiff Adobe Systems Inc., portions of the supplemental Kornrumpf and Boyce declarations and Exhibit D to the Boyce Declaration, and the entirety of Exhibit E to the Boyce declaration.  Defendants have already filed a redacted version of their supplemental brief, the Kornrumpf and Boyce declarations and Exhibit D in the public record.  Docket No. 215.

    Defendants' filings are connected to a dispositive motion. To establish that the documents are sealable, they "must overcome a strong presumption of access by showing that 'compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure.'" Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010) (citation omitted).  This cannot be established simply by showing

that the documents are subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal.  Civil Local Rule 79-5(a).

The Court has previously granted leave to file under seal a settlement agreement, which the parties had executed to settle prior litigation between them and had agreed to keep confidential as part of the terms of settlement, and other documents that excerpted or referenced the terms of that settlement agreement.  See, e.g., Docket Nos. 150, 193, 201, 210.  Defendants represent that Exhibit E contains a copy of the settlement agreement, and that the portions of the other documents that they seek to seal, including the supplemental brief, Boyce and Kornrumpf declarations and Exhibit D, contain excerpts and references to the terms of that settlement agreement.  Boyce Decl. ¶¶ 5-8.  Having reviewed these documents, the Court finds that Defendants have established that they are sealable.

For the reasons set forth above, the Court GRANTS Defendants' motion to file under seal (Docket No. 216).  Within four days of the date of this Order, Defendants shall file under seal their unredacted supplemental brief, the Boyce and Kornrumpf declarations and Exhibits D and E to the Boyce declaration.

IT IS SO ORDERED.

Dated: 6/11/2012

CLAUDIA WILKEN
United States District Judge

2