IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>ORDER REGARDING THE CALCULATION OF STATUTORY DAMAGES AND CONFIRMING TRIAL DATE |

At the final pretrial conference on June 6, 2012, Defendants Hoops Enterprise, LLC and Anthony Kornrumpf raised an issue of how statutory damages for copyright infringement will be assessed in this case. Specifically, Defendants argued that certain copyrighted software that Plaintiff Adobe Systems Incorporated alleges that they distributed constitute a compilation under 17 U.S.C. § 504, and that one award of statutory damages should be made for each compilation distributed, and not for each work. The parties had not previously raised this issue before this Court. The Court directed Defendants to file a short brief on the issue by June 8, 2012 by noon and Adobe to file a response by June 11, 2012 by noon. Docket No. 219.

On June 11, 2012, the Court granted the parties' stipulation to extend the briefing schedule on this issue. Docket No. 223. Under the extended briefing schedule, Defendants' brief was due by

5:00 p.m. on June 12, 2012, and Adobe's brief was due by 5:00 p.m. on June 14, 2012.

While Adobe filed its required brief on June 14, 2012 before 5:00 p.m., Defendants have failed a brief on this issue. Apparently, they have abandoned their argument that the software titles constitute a compilation and statutory damages should be assessed once for each software compilation, instead of once for each work.

The trial date in this matter is maintained before this Court for the week of June 18, 2012. The trial will trail a criminal trial. The parties must be ready to begin trial on twenty-four hours' notice.

Alternatively, the parties may consent to the jurisdiction of a magistrate judge for trial. Should the parties so consent, Magistrate Judge Jacqueline Scott Corley is available to begin trial in this matter on a date certain the week of Monday, June 18, 2012. Parties may indicate their consent by filing the attached form.

IT IS SO ORDERED.

Dated: 6/15/2012

CLAUDIA WILKEN
United States District Judge

CC:JCS

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CLAIMS<br>_____/ | No. C 10-2769 CW<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Jacqueline Scott Corley conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                                                 Signature

                                                                 Counsel for _____
                                                                 (Plaintiff or Defendants)