IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,  
    Plaintiff,  
    v.  
HOOPS ENTERPRISE LLC; and ANTHONY KORNRUMPF,  
    Defendants.  
_____/  
AND ALL RELATED CLAIMS  
_____/

No. C 10-2769 CW

PERMANENT INJUNCTION

    Pursuant to the parties' stipulation of June 15, 2012 regarding entry of judgment, Defendants Anthony Kornrumpf and Hoops Enterprise, LLC, and their agents, servants, employees, and all persons in active concert and participation with them who receive actual notice of this Injunction are hereby permanently restrained and enjoined from selling, offering for sale, distributing, or transferring any Adobe Original Equipment Manufacturer (OEM) product separately from the hardware with which it was licensed to be distributed.

    This injunction is without prejudice to any other valid rights of Defendants or Plaintiff Adobe Systems Incorporated, and shall not affect the terms of any injunctions or relief entered in any prior litigation between these parties.

    IT IS SO ORDERED.

Dated: 6/15/2012

CLAUDIA WILKEN  
United States District Judge