J. ANDREW COOMBS, A PROF. CORP.
J. ANDREW COOMBS (SBN 123881)
andy@coombspc.com
ANNIE S. WANG (SBN 243027)
annie@coombspc.com
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

MCCURDY & LEIBL, LLP
JOHN D. MCCURDY, ESQ. (SBN 54091)
jmccurdy@jmll.com
REAGAN E. BOYCE, ESQ. (SBN 248064)
reagan.boyce@jmll.com
12925 Riverside Drive, Third Floor
Sherman Oaks, California 91423
Telephone: (818) 380-0123
Facsimile: (818) 380-0124

DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendants
HOOPS ENTERPRISE LLC and ANTHONY KORNRUMPF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HOOPS ENTERPRISE LLC and ANTHONY KORNRUMPF,<br><br>　　　　　　　　　Defendants. | Case No. 4:10-cv-02769-CW<br><br>**STIPULATED MOTION TO AMEND FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 60(A)**<br><br>Ctrm:　2 - 4th Floor<br>Judge:　Honorable Claudia Wilken |
| AND ALL RELATED CLAIMS | |

1  Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Hoops Enterprise LLC and Anthony Kornrumpf (collectively, "Parties") hereby stipulate and agree as follows:

WHEREAS, this Court entered final judgment in this Action, pursuant to stipulation, on June 15, 2012 (ECF No. 234);

WHEREAS, the Parties agree that Defendants retain, and have not waived, the right to appeal all orders, objections, opinions, and rulings issued in this matter, as stated on the record at the June 6, 2012 Pre-Trial Conference (ECF. No. 235);

WHEREAS, the form of final judgment entered in this Action omits to address Defendants' appellate rights;

NOW, THEREFORE, Adobe and Defendants agree and respectfully request that the Court to amend the judgment to correct this omission pursuant to Federal Rule of Civil Procedure 60(a), by the addition of the following sentence: "This judgment is subject to, and does not reflect waiver of, defendants' right to appeal all orders, objections, opinions, and rulings issued in this matter."

IT IS SO STIPULATED.

Dated:  July 12, 2012

J. ANDREW COOMBS, A PROFESSIONAL CORP.

By: _____*/s/ J. Andrew Coombs*_____
       J. ANDREW COOMBS

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

DURIE TANGRI LLP

By: _____*/s/ Joseph C. Gratz*_____
       JOSEPH C. GRATZ

Attorneys for Defendants
HOOPS ENTERPRISE LLC and
ANTHONY KORNRUMPF

IT IS SO ORDERED
Judge Claudia Wilken

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>                Plaintiff,<br><br>   v.<br><br>HOOPS ENTERPRISE LLC and ANTHONY KORNRUMPF,<br><br>                Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 4:10-cv-02769-CW<br><br>**[PROPOSED FORM OF] JUDGMENT** |

Pursuant to the parties' stipulation of June 15, 2012 regarding entry of judgment and the Court's Orders of July 25, 2011, February 1, 2012 and June 15, 2012,

IT IS ORDERED AND ADJUDGED

That judgment is entered for Plaintiff Adobe Systems Incorporated and against Defendants Hoops Enterprise, LLC and Anthony Kornrumpf on Adobe's first and second claims for relief for copyright and trademark infringement, and on Defendants' second counterclaim for violation of California's Unfair Competition Law;

That Defendants' first counterclaim for declaratory judgment of copyright misuse is dismissed; and

That Defendants are jointly and severally liable for actual damages in the amount of $721,344.33 on Adobe's first claim for relief of copyright infringement only. Each party shall bear its own costs.

The Court has entered a permanent injunction by a separate order.

This judgment is subject to, and does not reflect waiver of, defendants' right to appeal all orders, objections, opinions, and rulings issued in this matter.

Dated:  July __, 2012

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE