IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOOPS ENTERPRISE LLC and ANTHONY KORNRUMPF,<br><br>　　　　　Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 4:10-cv-02769-CW<br><br>**[PROPOSED FORM OF] JUDGMENT** (with "PROPOSED FORM OF" struck through and "AMENDED" added above) |

1       Pursuant to the parties' stipulation of June 15, 2012 regarding entry of judgment and the Court's Orders of July 25, 2011, February 1, 2012 and June 15, 2012,

      IT IS ORDERED AND ADJUDGED

      That judgment is entered for Plaintiff Adobe Systems Incorporated and against Defendants Hoops Enterprise, LLC and Anthony Kornrumpf on Adobe's first and second claims for relief for copyright and trademark infringement, and on Defendants' second counterclaim for violation of California's Unfair Competition Law;

      That Defendants' first counterclaim for declaratory judgment of copyright misuse is dismissed; and

      That Defendants are jointly and severally liable for actual damages in the amount of $721,344.33 on Adobe's first claim for relief of copyright infringement only. Each party shall bear its own costs.

      The Court has entered a permanent injunction by a separate order.

      This judgment is subject to, and does not reflect waiver of, defendants' right to appeal all orders, objections, opinions, and rulings issued in this matter.

Dated: July 17, 2012

                                              HON. CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE